IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN J. MADSEN, an individual, and MADSEN BOWLING AND BILLIARD CENTER CO. a Nebraska Corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF LINCOLN, a Municipal Corporation; LEIRION GAYLOR BAIRD, Mayor of the City of Lincoln in her official and individual capacity; PATRICIA D. LOPEZ, acting Health Director, in her official and individual capacity; JEFFREY BLIEMEISTER, Lincoln Police Chief in his official capacity; LANCASTER COUNTY, a Political Subdivision; LINCOLN-LANCASTER COUNTY HEALTH DEPARTMENT, an Interlocal Agency; and LINCOLN-LANCASTER COUNTY BOARD OF HEALTH, a Quasi-Municipal Body;<br><br>          Defendants. | CASE NO. _____<br><br>**NOTICE OF REMOVAL WITH TRIAL REQUESTED IN LINCOLN, NEBRASKA** |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA:

Defendant Lancaster County, a Political Subdivision ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, and 1453, hereby gives notice of removal of this action to the

United States District Court for District of Nebraska. As grounds for this removal, the Defendant states as follows:

## FACTUAL BACKGROUND

1. A Third Amended Class Action Complaint in Law and Equity, was filed on March 12, 2021 and is the first Complaint in which Defendant Lancaster County was named as a party. By way of background, on or about September 10, 2020, Plaintiffs filed their initial Class Action Complaint in Law and Equity. A First Amended Complaint followed on October 8, 2020 and a Second Amended Complaint was filed on December 24, 2020.

2. Counsel for the Defendant, Lancaster County, agreed to accept service for the Defendant Lancaster County on April 6, 2021 but no voluntary appearance has been filed as of the date of this Notice. No praecipe has been filed as to Defendant Lancaster County and no summons has been issued as to Lancaster County.

3. As required by 28 U.S.C. § 1446(a), attached hereto as "Exhibit A" and incorporated herein by this reference is a copy of the Third Amended Complaint, received by this Defendant which constitutes all of the process, pleadings, and orders received by this Defendant in this case to date.

4. Attached hereto as "Exhibit B" and incorporated herein by this reference includes the process, pleadings and orders served upon the other Defendant the City of Lincoln, Mayor Leirion Gaylor Baird, Patricia Lopez, acting Health Director, and Jeffrey Bliemeister, Lincoln Police Chief, in this case to date.

5. In their Complaint, Plaintiffs seek to bring this suit on behalf of a class or classes, and allege claims and violations pursuant to:

   a. The Nebraska Constitution: Article 1, §1, §3, §5, §16, §19, §21, Article 2, §1, Article 3, § 18, and Article 11, § 2;
   b. United States Constitution: Article 1, § 10, Article 2, §1, Amendment I, Amendment IV, Amendment V, and Amendment XIV;

  c. the Nebraska Open Meetings Act,

  d. 42 U.S.C. §1983 and

  e. 42 U.S.C. § 12101 et seq.

6. Plaintiffs seek damages against the Defendants.

7. Pursuant to 28 U.S.C. § 1453(b), consent of all defendants is not required, as any defendant may remove a class action without the consent of all defendants.

8. Nonetheless, Pursuant to 28 U.S.C. § 1446(2)(A) all defendants who have been properly joined and served, namely, the City of Lincoln, Mayor Leirion Gaylor Baird, Patricia Lopez, acting Health Director, and Jeffrey Bliemeister, Lincoln Police Chief, consent to removal.

9. As of the date of this Notice, the Lincoln-Lancaster County Health Department and the Lincoln-Lancaster County Board of Health have not been served with service of process.

## THIS COURT HAS SUBJECT MATTER JURISDICTION UNDER § 1331 and § 1367

10. This case is properly removable because the Complaint could have originally been filed in this Court pursuant to 28 U.S.C. §1331 because it alleges questions of federal law as the Plaintiffs allege claims for relief pursuant to the United States Constitution, 42 U.S.C. §1983 and 42 U.S.C. § 12101 et seq. Pursuant to 28 U.S.C. §1367, the Court has jurisdiction of the state law claims the Plaintiff alleges because those claims are so related to the claims alleged under federal law such that they form part of the same case or controversy.

11. Defendant Lancaster County is a political subdivision of the State of Nebraska, and is located in Lancaster County, Nebraska.

12. Defendant City of Lincoln is a City of the Primary Class located in Lancaster County.

13. Mayor Leirion Gaylor Baird, Patricia Lopez, acting Health Director, and Jeffrey Bliemeister, Lincoln Police Chief are residents of Lancaster County.

14. Plaintiff, Madsen Bowling and Billiards Center Co. is a Nebraska S Corporation located in Lancaster County, Nebraska.

15. Plaintiff, Ben Madsen, is a resident of Lancaster County, Nebraska.

**A.   Removal to this District is Proper**

16. Pursuant to the provisions of 28 U.S.C. § 1441(a), the United States District Court for the District of Nebraska is the federal district court embracing the place where the state court action is currently pending.

**B.   The Petition for Removal is Timely**

17. This Notice is timely filed within 30 days of Defendant Lancaster County's receipt of Plaintiffs' Third Amended Complaint pursuant to 28 U.S.C. §1446(b). Plaintiffs Third Amended Complaint was filed on March 12, 2021. County for the Defendant Lancaster County agreed to accept service on behalf of the County on April 6, 2021. Not more than 30 days have elapsed since the Defendant agreed to accept service.

**C.   Notice of Petition of Removal**

18. Defendant will promptly provide Plaintiffs with written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice with the Clerk of the District Court of Lancaster County, Nebraska.

**D.   Reservation of Rights**

19. Defendant reserves all rights, including defenses, and objections to this action, including defenses and objections as to the appropriate forum, jurisdiction, and service. The filing of this notice of removal is subject to and does not waive, any such defenses and objections. Defendant further reserves the right to amend or supplement this notice of removal.

**PLACE OF TRIAL**

20. The Defendant requests any trial be held in Lincoln, Nebraska.

WHEREFORE, Defendant Lancaster County, having removed the case now pending in the District Court of Lancaster County, Nebraska, No. CI 20-3282, respectfully requests that this

case proceed with adjudication before this Honorable Court as though Plaintiffs had originally filed it in this Court.

          LANCASTER COUNTY, a Political Subdivision, Defendant,

By: Baylor Evnen, LLP
   Wells Fargo Center
   1248 O St., Ste. 600
   Lincoln, NE 68508-1499
   (402) 475-1075
   emotto@baylorevnen.com
   cschmidt@baylorevnen.com

By: **/s/ Emily R. Motto**
   Emily R. Motto, #24990
   Christopher M. Schmidt, #26096

## CERTIFICATE OF SERVICE

  I hereby do certify that I am one of the attorneys of record for the Defendant, Lancaster County, and that on April 9, 2021, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christopher M. Ferdico
Berry Law Firm
6940 O Street, Suite 400
Lincoln, NE 68510
cferdico@jsberrylaw.com

J.L. Spray
Mattson Rickets Law Firm
134 South 13th Street, Suite 1200
Lincoln, NE 68508
jls@mattsonricketts.com
*Attorneys for the Plaintiff*

Yohance L. Christie

City of Lincoln – Law Department
555 South 10th Street, Suite 300
Lincoln, NE 68508
ychristie@lincoln.ne.gov

Andre R. Barry
Cline, Williams, Wright, Johnson, & Oldfather, LLP
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
abarry@clinewilliams.com
*Attorneys for City of Lincoln, Patricia Lopez, Jeffrey Bliemeister, and Leirion Gaylor Baird*

                                        **/s/ Emily R. Motto**
                                        Emily R. Motto, #24990
                                        Christopher M. Schmidt, #26096