IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BENJAMIN MADSEN, an individual, and MADSEN BOWLING AND BILLIARD CENTER CO.,** a Nebraska Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF LINCOLN, et al.,**<br><br>Defendants. | Case No. 4:21-CV-03075<br><br>**CITY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

COME NOW Defendants, City of Lincoln, Mayor Leirion Gaylor Baird, in her official and individual capacity, Health Director Patricia D. Lopez, in her official and individual capacity and Jeffrey Bliemeister, in his official capacity (collectively "City Defendants"), pursuant to Fed. R. Civ. P. 12(c), and move the Court for an order granting judgment in their favor on Plaintiffs' Fourth Cause of Action on the grounds that (1) Plaintiffs' claims against the individual defendants in their official capacities are redundant of Plaintiffs' claims against the City of Lincoln; (2) Plaintiffs' claims against the Mayor and Health Director are barred by qualified immunity; and (3) Plaintiffs have failed to state a claim upon which relief can be granted against the City of Lincoln.

WHEREFORE, City Defendants respectfully request an Order dismissing Plaintiffs' Fourth Cause of Action.

Respectfully submitted August 23, 2021.

                                CITY OF LINCOLN, MAYOR LEIRION GAYLOR BAIRD, HEALTH DIRECTOR PATRICIA D. LOPEZ, JEFFREY BLEIMEISTER, City Defendants

BY: *s/ Danielle Rowley*
DANIELLE ROWLEY, #25505
RICHARD W. TAST JR., #25832
ASSISTANT CITY ATTORNEYS
CITY OF LINCOLN LAW DEPARTMENT
555 South 10th Street | Suite 300
Lincoln, NE 68508
Phone: 402-441-7281
drowley@lincoln.ne.gov
rtast@lincoln.ne.gov

YOHANCE L. CHRISTIE, #24271
CITY ATTORNEY
CITY OF LINCOLN LAW DEPARTMENT
555 South 10th Street | Suite 300
Lincoln, NE 68508
Phone: 402-441-7281
ychristie@lincoln.ne.gov

ANDRE R. BARRY, #22505
CLINE WILLIAMS WRIGHT JOHNSON AND OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com

ATTORNEYS FOR CITY DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

By: *s/Danielle Rowley*
DANIELLE ROWLEY