IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN J. MADSEN, an individual, and MADSEN BOWLING AND BILLIARD CENTER CO., a Nebraska Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LINCOLN, a Municipal Corporation, LEIRION GAYLOR BAIRD, Mayor of the City of Lincoln in her official and individual capacity, PATRICIA D. LOPEZ, acting Health Director, in her official and individual capacity, JEFFREY BLIEMEISTER, Lincoln Police Chief in his official capacity, LANCASTER COUNTY, a Political Subdivision, LINCOLN-LANCASTER COUNTY HEALTH DEPARTMENT, an Interlocal Agency, and LINCOLN-LANCASTER COUNTY BOARD OF HEALTH, a Quasi-Municipal Body,<br><br>    Defendants. | Case No. 4:21-cv-03075<br><br>MOTION TO WITHDRAW AS COUNSEL |

    COMES NOW, Andrew D. Strotman, on behalf of Berry Law Firm and moves to withdraw from this matter on behalf of the Firm, Christopher M. Ferdico and Carey D. Collingham.  J.L. Spray and the Mattson Ricketts firm will continue as lead counsel.

    In accordance with ABA Formal Opinion 476, the Firm moves to withdraw because Christopher M. Ferdico has left the firm following an extended medical leave of absence and professional considerations warrant withdrawal.

Benjamin J. Madsen and Madsen Bowling and Billiard Center, Co., have received a copy of this Motion.

WHEREFORE, Berry Law requests an Order granting the Firm and its individual attorneys leave to withdraw from this matter.

Respectfully submitted,
Benjamin Madsen and Madsen
Bowling and Billiard Co., Plaintiffs,

/s/ Andrew D. Strotman
Andrew D. Strotman, #18406
BERRY LAW FIRM
6940 O Street, Suite 400
Lincoln, NE 68510
(402) 466-8444
andrew@jsberrylaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 2, 2021, a true and correct copy of the above and foregoing was served upon Benjamin J. Madsen and Madsen Bowling and Billiard Center Co., by email, and filed with the Clerk of the United States District Court, District of Nebraska, on September 3, 2021, using the CM/ECF system which sent notification of such filing to the following:

J. L. Spray
Mattson Ricketts Law Firm
134 South 13th Street, Suite 1200
Lincoln, NE 68508
Email: jls@mattsonricketts.com

Andre R. Barry
Cline, Williams, Wright, Johnson, & Oldfather, LLP
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Email: abarry@clinewilliams.com

Danielle L. Rowley
City of Lincoln
555 South 10th Street, Suite 300
Lincoln, NE 68508
Email: drowley@lincoln.ne.gov

Yohance L. Christie
City of Lincoln – Law Department
555 South 10th Street, Suite 300
Lincoln, NE 68508
Email: ychristie@lincoln.ne.gov

Emily R. Motto
Baylor Evnen, LLP
1248 O Street
Suite 600, Wells Fargo Center
Lincoln, NE 68508
Email: emotto@baylorevnen.com

Christopher M. Schmidt
Baylor Evnen, LLP
1248 O Street
Suite 600, Wells Fargo Center
Lincoln, NE 68508
cschmidt@baylorevnen.com

                                              /s/ Andrew D. Strotman
                                              Andrew D. Strotman, #18406