IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN MADSEN, an individual; and MADSEN BOWLING AND BILLIARD CENTER, Co., a Nebraska corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LINCOLN, a Municipal Corporation; LEIRION GAYLOR BAIRD, Mayor of the City of Lincoln in her official and individual capacity; PATRICIA D. LOPEZ, acting Health Director, in her official and individual capacity; JEFFREY BLIEMEISTER, Lincoln Police Chief in his official capacity; LANCASTER COUNTY, a Political Subdivision;  LINCOLN-LANCASTER COUNTY HEALTH DEPARTMENT, an Interlocal Agency; and  LINCOLN-LANCASTER COUNTY BOARD OF HEALTH, a Quasi-Municipal Body;<br><br>Defendants. | 4:21CV3075<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw the Berry Law Firm and Christopher M. Ferdico and Carey D. Collingham as counsel of record for Plaintiffs, (Filing No. 38), is granted. Christopher M. Ferdico and Carey D. Collingham shall no longer receive electronic notice in this case.

Dated this 3rd day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge